H. RAY PAIGE, Respondent, *v.* CHARLES B. SQUIER, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

*Florence G. Haag* for motion.
*Frank Hendrick* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.